JULIAN CARTER, Respondent, v. ASAHEL DOLBY and others, Appellants.

Appeal from a judgment in favor of the plaintiff, entered upon the report of a referee.

The only question involved in this case, was, whether the land, on which certain logs were cut, belonged to the plaintiff or the defendants. The referee decided in favor of the plaintiff and the General Term affirmed the judgment.

*Sedgwicks, Kennedy & Tracey,* for the appellants.

*Francis Kernan,* for the respondent.

Opinion by Mullin, P. J.

Judgment affirmed.

---

ANDREW J. HACKLEY and another, Respondents, v. JOHN H. DRAPER and HENRY DRAPER, Executors, etc., and others, Appellants.

The decision of the judge at Special Term was affirmed without the discussion of any legal questions. A suggestion by one of the counsel, that the case submitted on the argument was defective, was disregarded, the court holding that any error in the printed case must be corrected by proper application to the court at Special Term, before the case is brought on for argument.

*S. J. Glassey* and *John A. Foster,* for the appellants.

*E. T. Schenck,* for the respondents.

Opinion by E. Darwin Smith, J.

Present — Smith and Gilbert, JJ.

Judgment affirmed, with costs.